PRICE LAW GROUP, APC
Stuart M. Price (SBN 150439)
stuart@pricelawgroup.com
15760 Ventura Blvd., Suite 800
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
Attorneys for Plaintiffs,
Jonathan and Kimberly Morga

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN AND KIMBERLY MORGA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>IDEAL FITNESS CENTERS, INC D/B/A SANTA CLARITA ATHLETIC CLUB, a corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendant(s). | Case No.: 2:15-cv-08868-FMO-PLA<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, Jonathan and Kimberly Morga, and Defendant, Ideal Fitness Centers Inc., d/b/a Santa Clarita Athletic Club, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next thirty (30) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

//

- 1 -

NOTICE OF SETTLEMENT

DATED this 23rd day of August, 2016

**PRICE LAW GROUP, APC**

By: /s/ Stuart M. Price_____
Stuart M. Price (SBN150439)
stuart@pricelawgroup.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/Sandra Padilla

- 2 -

NOTICE OF SETTLEMENT